UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
June 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| LISA LEWIS-WATSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | SA-22-CV-1289-OLG |
| CHRISTINE E. WORMUTH, Secretary ) | |
| of the Army, et. al. ) | |
| ) | |
| Defendants ) | |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

The Court has considered the report and recommendation of United States Magistrate Judge Richard B. Farrer, filed in the above-styled and numbered cause on May 24, 2023. Docket no. 15. Plaintiff filed objections (docket no. 16) and Defendants responded to Plaintiff's objections (docket no. 17).

The Court has conducted an independent review of the record and has reviewed the applicable law. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court agrees with the Magistrate Judge's findings and conclusions and accepts the Magistrate Judge's recommendation.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 15) is ACCEPTED; Defendants' motion to dismiss (docket no. 11) is GRANTED; Plaintiff's social security claim is DISMISSED without prejudice; and all other claims are DISMISSED with prejudice for the reasons stated in the recommendation. Final

judgment may be entered accordingly, and this case may be closed.

SIGNED on the 27th day of June, 2023.

                                                                      _____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE